P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.40⁶
02 1M
0004279596        FEB 26 2015
MAILED FROM ZIPCODE 78701

RE: WR-82,619-01

Discharged

EDWARD HINOJOSA
BETO I UNIT - TDC # 1388352
1391 FM 3328
TENNESSEE COLONY, TX 75880

U TF